Blanche S. Giddens and Chicago Title and Trust Company, Trustees under the Last Will and Testament of Louis M. Stumer, Deceased et al., Appellants, v. Board of Education of City of Chicago, Appellees.

Gen. Nos. 42,054 to 42,057.

opinion filed April 24, 1946; released for publication May 10, 1946. Downer McCord, Thomas Hart Fisher, D'Ancona, Pflaum, Wyatt, Marwick & Riskind, and Kirkland, Fleming, Green, Martin & Ellis, for appellants; William Wilson and Joseph H. Pleck, of counsel; Richard S. Folsom, Frank S. Righeimer and Hummer, Van Ness & Yowell, for appellee. Opinion by JUSTICE BURKE. **Not to be published in full.**